# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
### Eastern Division

Jorge Martinez–Negrete, et al.
                                    Plaintiff,

v.                                                  Case No.: 1:15–cv–02195
                                                    Honorable Virginia M. Kendall

JM Mattress, Inc., et al.
                                    Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Thursday, September 29, 2016:

    MINUTE entry before the Honorable Virginia M. Kendall. Status hearing held on 9/29/2016. Bankruptcy proceeding has been discharged. Case is dismissed. Civil case terminated. Mailed notice(lk, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.